UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
                                                      :
MILTON WILLIAMS,                                      :
                              Plaintiff,              :          22 Civ. 2614 (LGS)
                                                      :
              -against-                               :               ORDER
                                                      :
BEACH TRADING COMPANY INC.,                           :
                              Defendant.              :
                                                      :
--------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within forty-five (45) days of this Order.  Any application to reopen

filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Any pending motions are **DENIED** as moot, and all conferences and deadlines are

**CANCELLED**.

Dated: May 25, 2022
        New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE